```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 24562
   STEVEN NASH
   NATALIE ANITA NASH                           CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-4164     SSN XXX-XX-7249


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/30/2004 and was confirmed 11/10/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  77.64% from remaining funds.

     The case was dismissed after confirmation 12/03/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID            PAID
-------------------------------------------------------------------------------
LAKESHORE CREDIT UNION     SECURED            2684.19         215.84         2684.19
LAKESHORE CREDIT UNION     SECURED            1715.33         137.92         1715.33
US BANK NA                 CURRENT MORTG     60590.47            .00        60590.47
US BANK HOME MORTGAGE      NOTICE ONLY       NOT FILED          .00             .00
US BANK NA                 MORTGAGE ARRE    11033.69            .00        11033.69
ILLINOIS DEPT OF REVENUE   PRIORITY            85.40          21.22           53.53
IL STATE DISBURSEMENT UN   PRIORITY          2735.17         878.56         1753.44
ACL INC                    UNSECURED        NOT FILED          .00             .00
ACL INC                    NOTICE ONLY      NOT FILED          .00             .00
ACN COMMUNICATION SERVIC   UNSECURED        NOT FILED          .00             .00
ACN COMMUNICATIONS         NOTICE ONLY      NOT FILED          .00             .00
ADT SECURITY SYSTEMS       UNSECURED        NOT FILED          .00             .00
ADVOCATE HEALTH CARE       UNSECURED        NOT FILED          .00             .00
AVOCATE MEDICAL GROUP      UNSECURED        NOT FILED          .00             .00
ADVOCATE MEDICAL GROUP     UNSECURED        NOT FILED          .00             .00
BI ANESTHESIA              UNSECURED        NOT FILED          .00             .00
BI ANESTHESIA LLC          NOTICE ONLY      NOT FILED          .00             .00
BLOCKBUSTER VIDEO          UNSECURED        NOT FILED          .00             .00
BLOCKBUSTER VIDEO          NOTICE ONLY      NOT FILED          .00             .00
BLUE ISLAND RADIOLOGY CO   UNSECURED        NOT FILED          .00             .00
BLUE ISLAND PATHOLOGY      NOTICE ONLY      NOT FILED          .00             .00
CAPITAL ONE BANK           UNSECURED          724.35           .00             .00
CAPITAL ONE                NOTICE ONLY      NOT FILED          .00             .00
CITIBANK NA                UNSECURED        NOT FILED          .00             .00
CITIBANK                   NOTICE ONLY      NOT FILED          .00             .00
CITY OF CHICAGO PARKING    UNSECURED         1250.00           .00             .00
CITY OF CHICAGO REVENUE    UNSECURED        NOT FILED          .00             .00
CITY OF CHICAGO            NOTICE ONLY      NOT FILED          .00             .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED          .00             .00
CREDIT FIRST               UNSECURED          588.55           .00             .00
DIRECTV                    UNSECURED        NOT FILED          .00             .00
DIRECT TV                  NOTICE ONLY      NOT FILED          .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 24562 STEVEN NASH & NATALIE ANITA NASH
```

```
DR APRIL BELLAMY PEYTON   UNSECURED       NOT FILED              .00            .00
ELAN/FIRSTAR CARD SERVIC  UNSECURED       NOT FILED              .00            .00
ILLINOIS STATE HIGHWAY A  UNSECURED         1346.40              .00            .00
LANSING CLEANERS          UNSECURED       NOT FILED              .00            .00
LANSING CLEANERS          NOTICE ONLY     NOT FILED              .00            .00
LUTHERAN GENERAL HOSPITA  UNSECURED       NOT FILED              .00            .00
LUTHERAN GENERAL HOSPITA  NOTICE ONLY     NOT FILED              .00            .00
LUTHERAN GENERAL HOSPITA  UNSECURED       NOT FILED              .00            .00
LUTHERAN GENERAL HOSPITA  NOTICE ONLY     NOT FILED              .00            .00
MB FINANCIAL BANK         UNSECURED       NOT FILED              .00            .00
MCI                       UNSECURED       NOT FILED              .00            .00
MIDWEST PEDIATRIC CARDIO  UNSECURED       NOT FILED              .00            .00
NICOR GAS                 UNSECURED          870.91              .00            .00
PARKSIDE MAGNETIC IMAGIN  UNSECURED       NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          259.11              .00            .00
PEOPLES ENERGY            NOTICE ONLY     NOT FILED              .00            .00
QUEST DIAGNOSTICS         UNSECURED       NOT FILED              .00            .00
ROUNDUP FUNDING LLC       UNSECURED          237.61              .00            .00
ROOSEVELT UNIVERSITY      UNSECURED       NOT FILED              .00            .00
SAFEWAY INC               UNSECURED       NOT FILED              .00            .00
SAFEWAY INC               UNSECURED       NOT FILED              .00            .00
SAFEWAY INC               UNSECURED       NOT FILED              .00            .00
ST FRANCIS HOSPITAL HEAL  UNSECURED       NOT FILED              .00            .00
ST FRANCIS HOSITAL        NOTICE ONLY     NOT FILED              .00            .00
ST FRANCIS HOSPITAL HEAL  UNSECURED       NOT FILED              .00            .00
ST FRANCIS HOSITAL        NOTICE ONLY     NOT FILED              .00            .00
ST FRANCIS HOSPITAL HEAL  UNSECURED       NOT FILED              .00            .00
ST FRANCIS HOSITAL        NOTICE ONLY     NOT FILED              .00            .00
ST FRANCIS HOSPITAL HEAL  UNSECURED       NOT FILED              .00            .00
ST FRANCIS HOSITAL        NOTICE ONLY     NOT FILED              .00            .00
SUPERIOR AIR GROUND AMBU  UNSECURED          201.00              .00            .00
TELECHECK SERVICE INC     UNSECURED       NOT FILED              .00            .00
US CELLULAR               UNSECURED       NOT FILED              .00            .00
VILLAGE OF LANSING        UNSECURED          400.00              .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED           30.00              .00            .00
US BANK NA                COST OF COLLE    450.00                .00         450.00
PETER FRANCIS GERACI      DEBTOR ATTY     2,700.00                          2,700.00
TOM VAUGHN                TRUSTEE                                           5,164.16
DEBTOR REFUND             REFUND                                                 .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               87,398.35

PRIORITY                                       1,806.97
     INTEREST                                    899.78
SECURED                                       76,473.68


              PAGE  2 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 24562 STEVEN NASH & NATALIE ANITA NASH
```

```
        INTEREST                                              353.76
UNSECURED                                                        .00
ADMINISTRATIVE                                              2,700.00
TRUSTEE COMPENSATION                                        5,164.16
DEBTOR REFUND                                                    .00
                                     ----------------   ----------------
TOTALS                                      87,398.35         87,398.35
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/05/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE